## FOURTH DEPARTMENT, JULY, 1972

## (July 6, 1972)

■ FIRST NATIONAL BANK OF WATERLOO, Respondent, v. ARNOLD B. GLENN, Appellant. — Appeal dismissed for failure to prosecute, pursuant to rule 1000.3(b) (22 NYCRR 1000.3[b]). (Appeal from order of Monroe Special Term denying motion to dismiss complaint or transfer action.) Present — Del Vecchio, J. P., Witmer, Gabrielli, Cardamone and Henry, JJ.

■ EMORY M. HAIN et al., Appellants, v. WILSON YACHT CLUB, INC., Respondent. — Appeal dismissed for failure to prosecute pursuant to rule 1000.3(b) (22 NYCRR 1000.3[b]). (Appeal from order of Niagara Trial Term declaring riparian rights.) Present — Del Vecchio, J. P., Witmer, Moule, Cardamone and Henry, JJ.